UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:97-CR-00040-FDW

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | **ORDER** |
| JOSE NACACIO AMU, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's Pro Se Motion for Compassionate Release, (Doc. No. 647). After reviewing the motion and medical records, (Doc. No. 648), the Court hereby ORDERS the Government to respond to the merits of Defendant's motion, including arguments and/or concessions on the 18 USCA § 3553(a) factors. If applicable, the response should also include whether or not Defendant has received, is scheduled to receive, or has refused to receive the COVID-19 vaccine. The Government shall have sixty days (60) from the date of this Order to file its response with the Court. The Government shall advise the United States Probation Office if the Government believes a supplemental Presentence Investigation Report will be required. Defendant may file a final reply brief within twenty-eight (28) days of service of the Government's response.

**IT IS SO ORDERED.**

Signed: May 3, 2023

Frank D. Whitney
United States District Judge

1