UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:97-CR-00040-FDW

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| JOSE NACACIO AMU, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court on Defendant's Motion for Compassionate Release, Doc. No. 647). While Defendant's motion for compassionate release was pending, Defendant was released from the custody of the Bureau of Prisons. (See https://www.bop.gov/inmateloc/ visited 6/7//2023). After reviewing the specific relief requested by Defendant and his particular arguments and evidence provided in support thereof, the Court DENIES AS MOOT Defendant's motion.

**IT IS, THEREFORE, ORDERED** that the Motion for Compassionate Release, (Doc. No. 647), is DENIED.

**IT IS SO ORDERED.**

Signed: June 7, 2023

Frank D. Whitney
United States District Judge